Spencer A. Schneider (SBN 175071)
Karen E. Adelman (SBN 216927)
BERMAN, BERMAN & BERMAN, LLP
11900 West Olympic Blvd., Sixth Floor
Los Angeles, California 90064
Telephone (310) 447-9000
Facsimile (310) 447-9011

Attorneys for Defendant
SIRIUS AMERICA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODAN ENTERPRISES, INC., | CASE NO. 05-CV-04643 MJJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION CUT-OFF DATE** |
| v. | |
| SIRIUS AMERICA INSURANCE COMPANY AND DOES 1 - 100, inclusive, | |
| Defendants. | |

The parties, Rodan Enterprises, Inc. and Sirius America Insurance Company ("SAIC"), by and through their counsel of record, hereby stipulate as follows:

1. The mediation cut-off date in this case is currently set for June 5, 2006. The parties stipulate and agree that this cut-off date should be continued to August 31, 2006, or thereafter as this Court deems appropriate;

2. Good cause exists for continuing the mediation cut-off date because such a continuance will allow the parties to file their respective motions for summary judgment and obtain rulings thereon in advance of the mediation date. Deferring the

1
**STIPULATION TO CONTINUE MEDIATION CUT-OFF DATE**

```
 1  mediation date until after the parties' respective motions for
 2  summary judgment are heard will ensure a more productive
 3  mediation session and facilitate settlement discussions;
 4       3.   The parties are available and will be ready to
 5  participate in mediation on or before August 31, 2006;
 6       4.   No previous continuances of the mediation cut-off date
 7  have been requested; and
 8       5.   This continuance is not sought for any dilatory
 9  purpose.
10
11  Dated: May 24, 2006           LAW OFFICES OF BRUCE C.F. MCARTHUR
12
                                  By: /s/ Bruce McArthur
13                                    BRUCE C.F. MCARTHUR
                                      Attorneys for Plaintiff RODAN
14                                    ENTERPRISES, INC.
15
16  Dated: May 24, 2006           BERMAN, BERMAN & BERMAN, LLP
17
                                  By: /s/ Karen E. Adelman
18                                    SPENCER A. SCHNEIDER
                                      KAREN E. ADELMAN
19                                    Attorneys for Defendant SIRIUS
                                      AMERICA INSURANCE COMPANY
20
21
22       Based on the foregoing stipulation and good cause appearing
23  therefore, IT IS HEREBY ORDERED that the mediation cut-off date
24  in this matter is continued to August 31, 2006.
25
         5/26/2006
26  Date: _____        /s/ Martin J. Jenkins
                                    U.S. District Judge Martin J. Jenkins
27
28
```

F:\DATA\1480.01\Plead\Stip-ContMediation.wpd                2
                                             STIPULATION TO CONTINUE MEDIATION CUT-OFF DATE