Spencer A. Schneider (SBN 175071)
Karen E. Adelman (SBN 216927)
BERMAN, BERMAN & BERMAN, LLP
11900 West Olympic Blvd., Sixth Floor
Los Angeles, California 90064
Telephone (310) 447-9000
Facsimile (310) 447-9011

Attorneys for Defendant
SIRIUS AMERICA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODAN ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIRIUS AMERICA INSURANCE COMPANY AND DOES 1 - 100, inclusive, <br><br> Defendants. | CASE NO. 05-CV-04643 MJJ <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION CUT-OFF DATE** |

The parties, Rodan Enterprises, Inc. and Sirius America Insurance Company ("SAIC"), by and through their counsel of record, hereby stipulate as follows:

1. The mediation cut-off date in this case is currently set for August 31, 2006. The parties stipulate and agree that this cut-off date should be continued to December 15, 2006, or thereafter as this Court deems appropriate;

2. Good cause exists for continuing the mediation cut-off date because the hearing date the Court set for SAIC's Motion for Summary Judgment is currently October 31, 2006. Deferring the mediation date until after SAIC's Motion for Summary Judgment is

1

heard will ensure a more productive mediation session and facilitate settlement discussions;

3. The parties are available and will be ready to participate in mediation on or before December 15, 2006; and

4. This continuance is not sought for any dilatory purpose.

Dated: August 15, 2006

LAW OFFICES OF BRUCE C.F. MCARTHUR

By: *(signature)*
BRUCE C.F. MCARTHUR
Attorneys for Plaintiff RODAN ENTERPRISES, INC.

Dated: August 17, 2006

BERMAN, BERMAN & BERMAN, LLP

By: *(signature)*
SPENCER A. SCHNEIDER
KAREN E. ADELMAN
Attorneys for Defendant SIRIUS AMERICA INSURANCE COMPANY

Based on the foregoing stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the mediation cut-off date in this matter is continued to December 15, 2006.

Date: 8/21/06

*(signature)*
U.S. District Judge Martin J. Jenkins